PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY SEEKING REVIEW OF PRISON DISCIPLINARY SANCTIONS

2:23-cv-00319-MPB-MKK

| United States District Court | District | Southern District of Indiana |
|---|---|---|
| Name: Keyshawn Young | Prisoner No. 250507 | Case No. |

Place of Confinement: Wabash Valley Correctional Facility

**FILED**
06/23/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Name of Petitioner (include name under which convicted): Keyshawn Young

V.

Name of Respondent (authorized person having custody of petitioner): Frank Vanihel (Warden)

The Attorney General of the State of Indiana

## PETITION

1. Name and location of Prison Disciplinary Body, which determined guilt: Branchville Correctional Facility Case number: BTC 22-10-0225

2. Date of Guilt determination: November 3, 2022

3. Sanctions-imposed: 1 year segregation; 2 tec level/credit class demotion; 449 (four hundred and forty-nine good days loss)

4. Nature of rule infractions involved (all counts): Code number 100-A (violation of law); I.C. 35-42-2-9 "strangulation"

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐

6. If you pleaded not guilty, what kind of disciplinary hearing did you have? (Check one)
   (a) Screening Officer Hearing ☐
   (b) Full Hearing ☑

7. Did you testify at your disciplinary hearing?
   Yes ☑   No ☐

8. Did you appeal from the guilty determination and imposition of sanction(s)?
   Yes ☑   No ☐

(1)

T5

9. If you did appeal, answer the following:

   (a) Name and title of Reviewing Authority: Deputy Warden N. Hoffman

   (b) Result: Appeal denied

   (c) Date of result: November 23, 2022

   (d) Grounds raised: Due process violations (1) Denial of lay advocate, (2) Denial of impartial decisionmaker (3) Denial to present physical evidence (4) Denial to produce surveillance / lack of identity (5) Insufficient evidence

   (e) If you sought further review of the decision on appeal by a higher Reviewing Authority, please answer the following:

   (1) Name and title of Higher Reviewing Authority: Appeal Review Officer Matthew Brown

   (2) Result: 1st. Appeal denied    2nd Appeal denied

   (3) Date of result: 1st. January 12, 2023    2nd. June 13, 2023

   (4) Grounds raised: (1) Newly discovered evidence (2) Brady issue (3) Arbitrary action (4) Fraud (5) Insufficient evidence (6) Due process violation (a) Denial of lay advocate (b) Denial of impartial (c) Suggestive I.D. (d) Denial to present physical evidence (e) Denial to produce surveillance (f) Insufficient evidence

10. Have you previously filed any petitions, applications, or motions with respect to this Disciplinary Finding in any court, state or federal?
    Yes ☐   No ☑

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

②

T5

12. State *concisely* every ground on which you claim that you were unconstitutionally deprived of credit time or subjected to unconstitutional disciplinary punishment. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in federal court, you must first exhaust all available administrative appellate remedies as to each ground on which you request relief from federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. It is suggested that you read *Marham v Clark*, 978 F.2d 1057 (7th Cir. 1990) prior to filing this petition.

(A) GROUND ONE: Newly discovered evidence / Brady violation

SUPPORTING FACTS (state *briefly* without citing cases or law) Medical records was used to support the finding of guilty, which DHB officer denied my request to produce any medical records stating that there was none. During my due diligence after my first appeal denial 11-23-2022 I found out there was several reports and evidence that was not given to me. I found out that the identification was tainted, and that the surveillance was altered. There are newly discovered facts and withheld evidence making it unfair.

(B) GROUNT TWO: Fraud / Arbitrary action

SUPPORTING FACTS (state *briefly* without citing cases or law) The investigation in the entire BTC-22-10-0225 was arbitrary, and falsified documents was used to convict me. The reporting officer captain J. Smith reported on the state form 39590 report of conduct that it was Sgt L. Williams and Sgt T. Thomas who conducted the I.D. purpose which was false, later it was stated K. Thomas who is a different officer. DHB officer Sgt Kellems was a trainee, and was told by his superior to find me guilty.

(C) GROUNT THREE: Due process (1) Denial of lay advocate (2) Denial of impartial decision maker (3) Suggestive I.D. (4) Denial to present physical evidence (5) Denial to produce surveillance (6) Insufficient evidence

SUPPORTING FACTS (state *briefly* without citing cases or law) I was denied my right to a lay advocate nor was one provided to me. I was denied impartial decision maker, which I had an hearing by an officer that was not trained and was told that his superior told him to find me guilty. I was never properly I.D and the identification was suggestive. I tried to introduce evidence to the DHB hearing officer which was refused, I was denied a fair process and it was insufficient evidence to convict me.

AO 241     (Rev.5/85)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in your administrative appeal, state briefly what grounds were not presented and give your reasons for not presenting them at the administrative level:

D. Lack of jurisdiction
   DHB lacked the authority to charge offense with at [J-code], charging was unconstitutional [Double jeopardy]

E. Miscarriage of Justice [unfair process]

14. Do you have any petition or appeal now pending in any court or administrative agency, either state or federal, as to the judgment under attack?

    Yes ☐    No ☑

15. Give the name, Title, and/or D.O.C. Numbers, if known, of each offender, of any staff or lay advocates, who represented you in the following stages of the disciplinary proceedings in the following stages of the judgment attacked herein:

    (a) At Disciplinary hearing: I Requested A lay Advocate, but no one was provided to me or present

    (b) At Institutional Level Appeal: _____

    (c) At I.D.O.C. Level Appeal: _____

WHEREFORE, Petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

X _____
Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct. Executed on

X  6-16-2023
    DATE

X _____
Signature of Petitioner

(4)

T5



**STATE OF INDIANA**
Department of Correction
Indiana Government Center—South

Eric J. Holcomb
Governor

302 W. Washington Street • Indianapolis, Indiana 46204-2738
Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/

Christina Reagle
Commissioner

January 12, 2023

Su R2 210

#250507 Young, Keyshawn
Branchville Correctional Facility
21390 Old State Road 37
Branchville, IN 47514

BTC 22-10-0225

I am in receipt of your appeal of this disciplinary action.

The procedure and due process of this case appear to be true and accurate. The charge is clear; the evidence sufficient. The sanctions are within the guidelines of the Disciplinary Code for Adult Offenders. There is no present information indicating modification or dismissal is necessary.

**APPEAL DENIED**

/s/ *Matthew Brown*

Matthew Brown
Appeal Review Officer

cc:   Incarcerated Individual Packet (facility)
      Incarcerated Individual Packet (CO)

_____          _____
Signature of Incarcerated Individual          Date


_____          _____
Signature of witness (please include title)          Date

(5)



**STATE OF INDIANA**
**Department of Correction**
Indiana Government Center—South

| | | |
|---|---|---|
| **Eric J. Holcomb** | 302 W. Washington Street • Indianapolis, Indiana 46204-2738 | **Christina Reagle** |
| Governor | Phone: (317) 232-5711 • Fax: (317) 232-6798 • Website: www.in.gov/idoc/ | Commissioner |

June 13, 2023

#250507 Young, Keyshawn
Branchville Correctional Facility
21390 Old State Road 37
Branchville, IN 47514

BTC 22-10-0225

I received you correspondence dated May 31, 2023 in reference to BTC 22-10-0225. I have issued my decision. You have further appeal rights if you choose to pursue.


/s/ Matthew Brown

Matthew Brown
Appeal Review Officer

cc:   Incarcerated Individual Packet (facility)
      Incarcerated Individual Packet (CO)

_____        _____
Signature of Incarcerated Individual        Date


_____        _____
Signature of witness (please include title)   Date