UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| KEYSHAWN YOUNG, | ) |
| *Petitioner*, | ) ) ) |
| v. | ) ) 2:23-cv-00319-MPB-MKK |
| FRANK VANIHEL, WARDEN, | ) ) ) |
| *Respondent*. | ) ) |

### FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in favor of the Respondent and against the Petitioner, Keyshawn Young. Keyshawn Young's Petition for a Writ of Habeas Corpus is **DENIED** and the action is **DISMISSED WITH PREJUDICE**.

Dated: December 11, 2024

_____
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**

**Distribution via U.S. Mail to:**

Keyshawn J. Young
#250507
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914